UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NORTH KERN STATE PRISON,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00661-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 12)<br><br>SEPTEMBER 15, 2025 DEADLINE |

  On July 17, 2025, the Court issued a screening order finding Plaintiff's complaint failed to state a federal claim. (Doc. No. 11). The Court afforded Plaintiff the option to file an amended complaint or voluntarily dismiss his complaint before recommending the district court dismiss this action. (*Id*. 9-10). Plaintiff's response to the screening order was to be delivered to correctional officials for mailing no later than August 18, 2025. (*Id*. at 10, ¶ 1). On August 11, 2025, Plaintiff filed a "notice" regarding the screening order. (Doc. No. 12). In it, Plaintiff states that he intends on filing an amended complaint but has not been able to gain access to the law library. (*Id*.). The Court construes the notice as a motion for extension of time.

  Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline. Fed. R. Civ. P. 6(b)(1)(A). If made after the time has expired, a party must also show excusable neglect. Fed. R.

Civ. P. 6(b)(1)(B). Here the construed motion was filed before the August 18, 2025 deadline and the Court further finds Plaintiff's pro se and incarcerated status constitutes good cause exists to grant Plaintiff an extension of time.[1]

Accordingly, it is **ORDERED**:

1. Plaintiff's construed motion for extension of time (Doc. No. 12) is GRANTED.
2. Plaintiff's shall deliver his amended complaint or response to the Court's July 17, 2025 screening order to correctional officials for mailing no later than September 15, 2025.
3. Absent further leave of the Court, Plaintiff's failure to timely comply with this Order and to file either an amended complaint or his response to the July 17, 2025 screening order within this specified time will result in the recommendation that this action be dismissed, either as a sanction for failure to comply with a court order or for failure to prosecute this action consistent with Local Rule 110.

Dated:     August 13, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Inmates who have established court deadlines may apply for PLU status. Cal. Code of Regs. tit. 15, 3122(b). Inmates who are granted PLU status based on their application shall receive higher priority to prison law library resources than other inmates. *Id.*

2