UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE, | Case No. 1:25-cv-00661-HBK (PC) |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT |
| v. | |
| NORTH KERN STATE PRISON, | (Doc. No. 14) |
| Defendant. | |

On August 13, 2025, the Court granted Plaintiff construed motion for extension of time filed on August 11, 2025 to respond to the Court's screening order. (Doc. No. 13). Specifically, the Court directed Plaintiff to deliver his amended complaint or response to the Court's July 17, 2025 screening order to correctional officials for mailing no later than September 15, 2025. On August 22, 2025, Plaintiff filed an undated and unsigned motion[1] for extension of time implying he has "missed deadlines." (Doc. No. 14). Because the Court previously granted Plaintiff an extension of time to respond to the Court's July 17, 2025 screening order and the time has not yet expired, no further extension of time is necessary.

////

---

[1] Plaintiff is duly warned that any future filings that are not dated and not signed will be stricken. See Fed. R. Civ. P. 11; Local Rule 131(b).

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for extension of time (Doc. No. 14) is DISREGARDED as moot.
2. Plaintiff shall deliver to correctional officials for mailing either an amended complaint or his response to the July 17, 2025 screening order **no later than September 15, 2025**.
3. Plaintiff's failure to timely comply within this specified time will result in the recommendation that this action be dismissed, either as a sanction for failure to comply with a court order or for failure to prosecute this action consistent with Local Rule 110.

Dated:   August 25, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE